UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MICHAEL BAUTISTA, M.D.,

                Plaintiff,

v.

ALBANY MEDICAL CENTER,

                Defendant.

**STIPULATION OF VOLUNTARY DISCONTINUANCE**

Civil Action No. 1:21-cv-00780 (BKS/DJS)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties in the above-captioned action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this proceeding, the claims asserted by Plaintiff against Defendant in the above-entitled action are dismissed in their entirety, with prejudice, without costs, attorneys' fees, expenses or disbursements to any party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: 2/6/2023

GISKAN SOLOTAROFF & ANDERSON LLP

By: *Jason Solotaroff*
Jason L. Solotaroff, Esq.
90 Broad Street, 2nd Floor
New York, New York 10004
Telephone: (212) 847-8315
Fax: (646) 520-3235
E-mail: jsolotaroff@gslawny.com
*Attorneys for Plaintiff*

Dated: 2/10/2023

BOND, SCHOENECK & KING, PLLC

By: *[signature]*
Robert F. Manfredo, Esq.
22 Corporate Woods Boulevard
Albany, New York 12211
Telephone: (518) 533-3202
Fax: (518) 533-3299
E-mail: rmanfredo@bsk.com
*Attorneys for Defendant*

IT IS SO ORDERED:

*Brenda K. Sannes*
Brenda K. Sannes
Chief U.S. District Judge

Dated: February 10, 2023
Syracuse, NY

13

15359807.6 2/3/2023